COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Ensign Services, L.L.C. (f/k/a Fe Services, L.L.C.), Fe
Services Holdings Inc., and James Stewart v. Marc Jan
Levesconte

Appellate case number:   01-14-01026-CV

Trial court case number: 2009-04966

Trial court:             333rd District Court of Harris County

Appellants, Ensign Services, LLC, f/k/a FE Services, L.L.C.; FE Services Holdings, Inc.; and James Stewart, have filed an "Unopposed Motion for Pro Hac Vice Admission of James M. Harris" and an "Unopposed Motion for Pro Hac Vice Admission of Dawn R. Solowey." Both motions were filed by attorney Robert J. Carty, Jr. Neither James M. Harris nor Dawn R. Solowey has filed any motion with the Court.

Pursuant to Rule XIX of the Rules Governing Admission to the Bar of Texas, if a non-resident attorney seeks to participate in proceedings in Texas, "the non-resident attorney shall file with the applicable Texas court a written, sworn motion requesting permission to participate in a particular cause." Among other requirements, the motion must include statements regarding whether the non-resident attorney has been the subject of any disciplinary actions and whether the attorney has been denied admission to the courts of any State or to any federal court, and it must contain a statement that the non-resident attorney is familiar with the State Bar Act, the State Bar Rules, and the Texas Disciplinary Rules of Professional Conduct and that the attorney will abide by and comply with the same.

Appellants' motions were not filed by the attorneys seeking to participate in this appeal and are not sworn. Accordingly, we DENY appellants' motions. Nevertheless, we will consider any sworn motions for admission that comply with Rule XIX, are accompanied by a motion filed by a resident practicing attorney, and are filed by the non-resident attorneys seeking to participate in this appeal.

It is so ORDERED.

Judge's signature: /s/ <u>Chief Justice Sherry Radack</u>

☒  Acting individually

Date:  June 16, 2015